In the Matter of the Application of Albert Tilt Co., Inc., to Confirm Award in Arbitration Proceedings between Albert Tilt Co., Inc., of New York City and Westerhoff Bros., Inc., of Denver, Pa.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Abraham Epstein and Another v. Philip Gosseen and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before September 1, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Max B. Silverstein v. Max Weinfeld.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Constantine G. Nicholson v. Kayson Realty Co., Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Cathay Commission Corporation v. Kawanoishi Seishi Kaisha.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Saul Birns Construction Co., Inc., v. Cornell Drug Stores, Inc. Irving Trust Company, Receiver, and B. Boxer and Another, Persons in Possession.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Morley Tillotson v. Rutley's, Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Maud Hackett v. Alex Gerber.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Adele C. Kouri v. Guitel Montague.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Daniel Wordsman v. Greeley Square Hotel Company, Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

George E. Sealy Co., Inc., v. Moses G. Bierman.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Columbia Grammar School v. Laura Salz, as Executrix, etc., of the Estate of James Salz, Deceased.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Julius A. Miller v. Taylor-Fichter Steel Construction Co., Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

Unover Credit Corporation v. Maurice Keisler.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

J. L. Hopkins & Co. v. D. L. Silverman, Doing Business, etc.— Application granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.